# United States District Court

## Southern District of Georgia

Anthony A. Alaimo
Judge

Post Office Box 944
Brunswick, Georgia 31521

May 24, 2004

RECEIVED 2004 JUN -1 A 11: 26 FINANCIAL DISCLOSURE OFFICE

Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301, One Columbus Circle, N. E.
Washington, D. C. 20544

Dear Judge Lisi:

This letter is in response to yours of May 7th, 2004. I shall seek to answer the questions in your letter _seriatim_.

The correct name of the purchaser of all the stock of First Georgia Holding Company is United Community Bank. The value of United Community Bank at the end of year 2003 was L. The dividend income was A.

The dividend income for the year 2003 from First Georgia Holding was A.

The appraisal for the Brunswick land was made on December 20th, 2003.

A Certificate of Deposit was purchased from Oglethorpe Bank on 9-25-03.

Inadvertently, I omitted from the 2004 report the purchase of common stock in Synovus Financial Corporation on 01-22-03 of the value code K, with 2003 income of A.

My 2004 report is hereby amended by this letter. I trust this answers all of your questions.

Very truly yours,



AAA/jp

| AO-10 (WP)<br>Rev. 1/2004 | | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. App. §§101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>ALAIMO, ANTHONY A. | 2. Court or Organization<br><br>U. DIST CT. SO. DIST. OF GA. | 3. Date of Report<br><br>3/23/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>SENIOR DISTRICT JUDGE | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X  Annual  ___ Final | 6. Reporting Period<br><br>2003 |
| 7. Chambers or Office Address<br>P. O. Box 944, BRUNSWICK,<br>GEORGIA, 31521 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

2004 MAR 29 A 11:3?  RECEIVED  FINANCIAL DISCLOSURE DIV.

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| *Anthony A. Alaimo* | *3-27-04* |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
### *(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 B. B. & T. | B | INT. | L | T | | | | | |
| 2 SUN TRUST OF BRUNSWICK | B | INT. | L | T | | | | | |
| 3 BANK OF AMERICA | A | INT | J | T | | | | | |
| 4 UNITED COMMERCIALBANK | PURCHASED ON 5/7/03 ALL OF 1ST GA. HOLDING COMMON STK | | | | | | | | |
| 5 | FOR A PROFIT OF (E) VALUE CODE OF (L) | | | | | | | | |
| 6 NUVEEN GA. BOND FUND | B | INT. | K | T | | | | | |
| 7 BRUNSWICK LAND | NONE | | M | Q | FAIR MARKET APPRAISAL BY GLYNN | | | | |
| 8 | | | | | COUNTY TAX COMM'R | | | | |
| 9 OGLETHORPE BANK | A | INT | M | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less (See Col. B1, D4). B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less (See Col. C1, D3) K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal (See Col. C2) U=Book value R=Cost (real estate only) S=Assessment T=Cash/Market V=Other W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ANTHONY A. ALAIMO | 3-27-04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████ Date 3-23-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544